IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-319-BO

| | |
|---|---|
| RONALD DALE RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's motion for remand for an award of benefits, with benefits commencing on Plaintiff's alleged onset date of October 15, 2008. Plaintiff's counsel indicated that he does not oppose Defendant's motion.

Accordingly, for good cause shown, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3) and remands the case to Defendant for an award of benefits

SO ORDERED this **3** day of **September**, 2013.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE